[No. 3103–2.   Division Two.   January 9, 1979.]

MARY BRYANT, ET AL, *Appellants,* v. CLARK COUNTY DISTRICT COURT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 68730, Thomas L. Lodge, J., entered September 30, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3138–2.   Division Two.   January 9, 1979.]

CLIFFORD JAY PERSINGER, *Appellant,* v. CLARK COUNTY DISTRICT COURT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 69294, Thomas L. Lodge, J., entered October 7, 1977. *Affirmed as modified* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2899–3.   Division Three.   January 9, 1979.]

*In the Matter of the Personal Restraint of* WILLIAM BRYANT, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20094, Walter A. Stauffacher, J., entered October 22, 1976. Personal restraint petition *granted* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.